# EXHIBIT "A"

|        | Applied Energy Partners |
|--------|------------|
| Apr-15 |            |
| May-15 |            |
| Jun-15 |            |
| Jul-15 | $20,000.00 |
| Aug-15 | $15,000.00 |
| Sep-15 | $15,000.00 |
| Oct-15 | $15,000.00 |
| Nov-15 | $47,040.00 |
| Dec-15 | $44,080.00 |
| Jan-16 | $15,680.00 |
| Feb-16 |            |
| Mar-16 |            |
| Apr-16 | $15,680.00 |
| May-16 |            |
| **TOTAL** | **$187,480.00** |